```
1  BONNIE CHAVEZ (S.B.N. 198124)
   bchavez@sag.org
2  GERALD KIM (S.B.N. 216894)
   gkim@sag.org
3  COUNSEL
   SCREEN ACTORS GUILD, INC.
4  5757 Wilshire Blvd., 8th Floor
   Los Angeles, CA 90036-3600
5  Telephone: (323) 549-6623
   Facsimile: (323) 549-6624
6
   Attorney for Petitioner
7  Screen Actors Guild, Inc.
```



JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SCREEN ACTORS GUILD, INC., a non-profit corporation on behalf of Affected Performers,

    Petitioner,

v.

STARDUST ONE PARTNERS, LLC,

    Respondent.

Case No. CV09-07611 SVW (RZx)

[PROPOSED] JUDGMENT CONFIRMING ARBITRATION AWARD

DATE: 12/7/09
TIME: 1:30 PM
COURTROOM: Spring 6
JUDGE: Wilson

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

    The regularly noticed Motion for Order Confirming Arbitration Award and for Entry of Judgment in Conformity Therewith of Petitioner Screen Actors Guild, Inc. ("SAG") was considered by the Court on the pleadings and without formal hearing, pursuant to Local Rule 7-15. Having considered the pleadings and arguments submitted by the parties:

///

///

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment be entered in this proceeding as follows:

1. The arbitration award in SAG Case No. 2001-0313, dated October 22, 2005, executed by Arbitrator Sara Adler are confirmed in all respects.

2. PRODUCER [STARDUST ONE PARTNERS, LLC] is ordered to pay as follows:

    (a)    To SAG on behalf of affected performers, the sum of $165,629.80 which represents the following:

            $22,732.54 as salary

            $3,389.39 in P&H on salary

            $110,055.00 in LPLD on salary

            $16,709.40 as residuals

            $2,172.22 in P&H on residuals

            $10,571.25 in LPLD on residuals;

    (b)    To SAG as and for SAG's attorney's fees incurred in this action, the sum of $2,400.00; and

    (c)    To SAG as and for SAG's costs incurred in this action, the sum of $350.00.

4. SAG is hereby granted an irrevocable assignment of any monies received or to be received by Respondent from the worldwide exploitation, distribution, exhibition, or other use of the theatrical picture known as *"Dust and Stardust"* aka *"Starstruck"* aka *"Starf\*ucker"*.

Dated: 12/8/09

_____
Judge of the
U.S. District Court